GEORGE H. HAKE, SR., Appellant, v. GEORGE KISSAK et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 1028.]

In the Matter of 482 So. SALINA ST., INC., Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Motion for a stay granted on condition printed records and briefs are filed and served on or before February 1, 1955.

BERNARD KLEIN, Appellant, v. ASHER N. SHAPIRO et al., Respondents.— Motion granted and appeal dismissed, without costs.

NELSON L. JEX, Appellant, v. JOHN D. AMOROSO, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

ANTHONY T. STOBNICKI et al., Appellants, v. WESTINGHOUSE ELECTRIC CORPORATION, Respondent.— Appeal dismissed for failure to comply with previous order, with costs, together with $10 motion costs.

MARGARET DUTCHER, as Administratrix of the Estate of EDWARD HALSEY, Deceased, Appellant, v. JOHN L. McCORMICK, Respondent.— Appeal dismissed for failure to comply with previous order, with costs together with $10 motion costs.

In the Matter of LUCY G. KINSELLA, Appellant.— Appeal dismissed for failure to comply with previous order, without costs.

In the Matter of LUCY G. KINSELLA.— Appeal taken by Thomas J. McKenna, individually, etc., dismissed, without costs, for failure to comply with previous order.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT T. SMITH, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELROY E. AMOS, Appellant, against ROBERT E. MURPHY, as Warden of. Auburn Prison, Respondent.— Motion granted and appeal dismissed.

DAVID HOLLY BAKER, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed.